# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D22-1267
LT Case No. 2018-CF-000217

_____

BRANDON AUSTIN RIGGS,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Putnam County.
Howard O. McGillin, Jr., Judge.

Anthony M. Candela, Candela Law Firm, P.A., Riverview, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for
Appellee.

October 10, 2023


PER CURIAM.

 AFFIRMED. *See Stancil v. State*, 331 So. 3d 264, 267 (Fla. 1st
DCA 2021).

WALLIS, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____